UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHU SAMEER,<br><br>    Plaintiff,<br><br>v.<br><br>SAMEER KHERA, *et al.*,<br><br>    Defendant. | Case No. 1:17-cv-01748-DAD-EPG<br><br>ORDER GRANTING REQUEST FOR PERMISSION TO FILE DOCUMENTS THRU CM/ECF<br><br>(ECF No. 2) |

    Madhu Sameer is proceeding *pro se* in this civil lawsuit. Plaintiff has requested leave to be permitted to e-file documents in this Court's CM/ECF case management system. Plaintiff lives in New Zealand. Plaintiff represents that mailing documents to this Court from New Zealand takes up to 15 days. E-filing privileges would significantly reduce the inconvenience to Plaintiff.

    The Request for Leave is GRANTED. The Clerk of the Court is directed to mail to Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service." Plaintiff shall be responsible for filing all documents in paper form, until such time as Plaintiff signs and returns the Clerk's "Petition by Pro Se Litigant" form and is issued a login and password. In addition, Plaintiff must provide to the clerk and must maintain a working email address.

IT IS SO ORDERED.

Dated: **January 22, 2018**　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1