# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHU SAMEER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMEER KHERA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-01748-DAD-EPG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND TO FILE SPECIAL MOTION TO STRIKE BY DEFENDANTS SUSAN BENETT, LEWIS BECKER, AND BENETT & BECKER**<br><br>(ECF No. 29) |

On December 26, 2017, Madhu Sameer ("Plaintiff"), proceeding *pro se*, commenced this action by the filing of a Complaint naming thirty defendants. (ECF No. 1). On April 30, 2018, three of the defendants, Susan Benett, Lewis Becker, and Benett & Becker, filed a motion for an extension of time to file a responsive pleading and to file a special motion to strike under the California anti-SLAPP law, California Code of Civil Procedure ("CCP") § 425.16. (ECF No. 29).

Good cause appearing, the motion for extension of time is granted in its entirety. Defendants Susan Benett, Lewis Becker, and Benett & Becker shall file their responsive pleadings and any motion pursuant to CCP Section 425.16(f) by no later than July 20, 2018.

The motion hearing currently set for June 19, 2018 at 9:30 a.m. before District Judge Dale A. Drozd is accordingly vacated.

IT IS SO ORDERED.

　　Dated: **May 1, 2018**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1