# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHU SAMEER,<br><br>    Plaintiff,<br><br>v.<br><br>SAMEER KHERA, *et al*.,<br><br>    Defendants. | Case No. 1:17-cv-01748-DAD-EPG<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**<br><br>(ECF No. 53) |

    On December 26, 2017, Madhu Sameer ("Plaintiff"), proceeding *pro se*, commenced this action by the filing of a Complaint against thirty defendants. (ECF No. 1). The Complaint totals 164 pages. *Id.* On March 10, 2018, Plaintiff requested that the defendants waive service of a summons pursuant to Federal Rule of Civil Procedure 4(d). (ECF No. 14). On April 2, 2018, and April 9, 2018, Plaintiff filed a waiver as to Defendants Michael Millen, J. Hector Moreno & Associates, J. Hector Moreno, Constance Smith, Rory Coetzee, Andrew Westover, Kayleigh Walsh, and Raechelle Velarde. (ECF Nos. 16, 19).

    On May 8, 2018, Defendant Michael Millen filed a motion to dismiss under Rules 8(a), 12(b)(6), and 9(b) and for a more definite statement under Rule 12(e). (ECF No. 48). Also on May 8, 2018, Defendants J. Hector Moreno & Associates, J. Hector Moreno, Constance Smith, Rory Coetzee, Andrew Westover, Kayleigh Walsh, and Raechelle Velarde filed a motion pursuant to Rules 12(b)(1) and 12(b)(6). (ECF No. 52).

    On May 8, 2018, Plaintiff filed a request for leave to file an amended complaint by June

15, 2018, and to vacate the pending motions to dismiss. (ECF No. 53).

"A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a). Thus, Plaintiff may amend her complaint as a matter of course within 21 days after service of the pending motions to dismiss. In addition, the Court finds good cause to extend the 21-day period to June 15, 2018. *See* Fed. R. Civ. P. 6(b).

Accordingly, Plaintiff is granted leave to file an amended complaint **on or before June 15, 2018**. However, because Rule 8(a) requires a short and plain statement of the claim, Plaintiff's amended complaint may not exceed fifty (50) pages in length. Failure to follow this directive may result in dismissal of this action. *McHenry v. Renne*, 84 F.3d 1172, 1179 (9th Cir. 1996) ("The propriety of dismissal for failure to comply with Rule 8 does not depend on whether the complaint is wholly without merit. . . . Rule 8(e), requiring each averment of a pleading to be "simple, concise, and direct," applies to good claims as well as bad, and is a basis for dismissal independent of Rule 12(b)(6).").

IT IS SO ORDERED.

Dated: __May 14, 2018__      /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE