1
2
3
4
5
6
7                  **UNITED STATES DISTRICT COURT**

8                  **EASTERN DISTRICT OF CALIFORNIA**

9

10  MADHU SAMEER,                          Case No.  1:17-cv-01748-DAD-EPG

            Plaintiff,                     **ORDER DIRECTING SERVICE BY THE**
11                                         **UNITED STATES MARSHAL SERVICE**
    v.                                     **WITHOUT PREPAYMENT OF COSTS**
12

13  SAMEER KHERA, et al.,

14          Defendants.

15

        Plaintiff Madhu Sameer is proceeding pro se with this action. On July 1, 2018, Plaintiff
16
    filed her Second Amended Complaint. (ECF No. 72.) On July 24, 2018, Plaintiff filed a motion
17
    seeking assistance serving process upon the "Khera Defendants," consisting of Sameer Khera
18
    and Snehal Devani, husband and wife, and their businesses, Healthy Masala and Devine Arts &
19
    Entertainment. (ECF No. 107, 108). The Court granted Plaintiff's motion and issued an order
20
    directing Plaintiff to complete and submit service documents. (ECF No. 117.) The Court
21
    instructed Plaintiff to provide information for service of process on form USM-285 for each of
22
    the Khera Defendants, and sufficient copies of the Second Amended Complaint for service. (*Id.*)
23
    Plaintiff has filed the requested papers. (ECF No. 138.)
24
        Accordingly, IT IS HEREBY ORDERED:
25
        1.  The Clerk of the Court is DIRECTED to forward the following documents to the
26
            United States Marshal Service:
27
                a.  One completed and issued summons for each defendant to be served;
28

                                        1

b. One completed USM-285 form for each defendant to be served;

c. One copy of the Second Amended Complaint filed on July 1, 2018, for each defendant to be served, in addition to one extra copy for the United States Marshal Service;

d. One copy of this Order for each defendant to be served, in addition to one extra copy for the United States Marshal Service;

e. One copy of the court's consent form for each defendant to be served.

2. Within ten days from the date of this Order, the United States Marshal Service is DIRECTED to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c):

a. Sameer Khera;

b. Snehal Devani;

c. Divine Arts & Entertainment, LTD, a corporation; and

d. Healthy Masala, a corporation.

3. The United States Marshal Service is DIRECTED to retain the summons and a copy of the First Amended Complaint in their files for future use;

4. The United States Marshal Service shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received;

5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal Service shall:

a. Personally serve process and a copy of this Order on the defendant pursuant to Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c);

b. Within ten days after personal service is effected, the United States Marshal Service shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs

shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and the operative complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2).

6. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the United States Marshals Service need not personally serve those defendants; and,

7. In the event that defendants either waive service or are personally served, defendants are required to respond to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: __**August 27, 2018**__          ___/s/ Erica P. Grosjean___

UNITED STATES MAGISTRATE JUDGE