UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHU SAMEER,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMEER KHERA, et al.,<br><br>    Defendants. | No. 1:17-cv-01748-DAD-EPG<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO FILE OVERSIZED BRIEF AND STRIKING OPPOSITION BRIEFS<br><br>(Doc. Nos. 141, 142, 143) |

On September 12, 2018, plaintiff filed a request for permission to file oversized briefing in response to the pending motions to dismiss. (Doc. No. 141.) Simultaneously, plaintiff filed oppositions to two of those pending motions. (Doc. Nos. 142, 143.) Plaintiff states that she has been unable to limit her responses to 25 pages in length while using the appropriate font and spacing, as required by the court's standing order, and that each brief in its current form is between 40 and 65 pages in length.

In support of this request, plaintiff avers that "[e]ach defendant is linked to other 31 defendant [*sic*], and the inter-relationships are complex." (Doc. No. 141 at 1.) However, it is not necessary for plaintiff to provide exhaustive factual allegations in her opposition briefing, nor is it necessary for plaintiff to affirmatively prove her case at this stage in the proceedings. Instead, all that plaintiff should be addressing is whether the factual allegations of her complaint are

sufficient to state claims that are "plausible on [their] face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Plaintiff has made no showing that the claims alleged here are so complex as to require additional briefing. Accordingly, plaintiff is instructed that each opposition brief is to be limited to 25 pages in length, exclusive of a table of contents and table of authorities. All briefing must be double-spaced, using 12-point Times New Roman font, and must comply in all respects with the court's standing order in civil actions.

The court notes that both opposition briefs already filed by plaintiff are in violation of the court's standing order. Each is well over 100 pages in length.[1] The court will therefore strike these oppositions, and plaintiff will be permitted to refile them in accordance with the requirements outlined above. Plaintiff is advised that any briefs filed in the future in this action that do not comply with this order may be stricken by the court without further notice.

For these reasons,

1. Plaintiff's request for permission to file oversized briefing (Doc. No. 141) is denied;

2. Plaintiff's opposition briefs (Doc. No. 142, 143) are stricken from the court's docket and will be disregarded; and

3. Plaintiff shall refile and serve oppositions that comply with this order in order no later than September 18, 2018.

IT IS SO ORDERED.

Dated: **September 13, 2018**

UNITED STATES DISTRICT JUDGE

---

[1] Many of the pages are given over to exhibits, whether in the form of documents or declarations. At this stage in the proceedings, all factual allegations contained in the complaint are taken as true. *Ashcroft v. Iqbal*, 556 U.S. 662, 696 (2009). Therefore, plaintiff need not and should not submit exhibits in her opposition briefing.

2