Madhu Sameer
37 Rarere Terrace,
Kerikeri 0230
New Zealand

Plaintiff, Pro Per

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MADHU SAMEER,

    Plaintiff

v.

SAMEER KHERA et al

    Defendants

PLAINTIFF'S REQUEST FOR EXTENTION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS

REQUEST FOR CONTINUATION OF HEARING DATES

1:17-CV-01748-DAD-EPG

Hearing: 10/2/2018

    I am the Plaintiff in the above mentioned matter. On Aug 21, 2018, the Court granted extension of 30 days to allow me to file my oppositions to defendant ZAYNER, DAVILA, GREEN, KAPETAN, SCHREIBER, TONE & TONE, FRANCINE TONE, SUSAN BENETT, LEWIS BECKER, BENETT & BECKER, HECTOR MORENO, MORENO & ASSOCIATES, RORY COETEE, ANDREW WESTOVER, CONSTANCE SMITH, RAECHELLE VELLARDER, KAYLIE WALSH, PARDUE, MILLEN's motions to dismiss. The hearing was scheduled for 10/2/2018.

    I have been diligently working on these motions, and have filed 2 Oppositions. However, I had previously been constrained by an appellate brief on F 074544, challenging defendant KAPETAN's impositions of unlawful sanctions against me. The matter was extremely complex, the brief is complete, although not filed yet. The underlying family law case 103FL116302 in Santa Clara necessitated an Exparte Motion, and the underlying family law case 05 CEFS 02946 necessitated a Motion to Set Aside the dismissal of my Motion for Sanctions against defendant SCHREIBER.

    I had filed 2 Oppositions, but the Court rejected them as they exceeded the length. Adjustment to limit them to 25 pages are extremely time consuming, as I am not a legal expert, and have to spend

time assessing and ascribing arbitrary hierarchy to merits of the arguments against defendants before discarding one argument in favor of another. I am afraid I will be prejudiced by court's decision to limit the size of the brief.

I continue on work on these Opposition, but I have been unable to complete all the oppositions within the specified time due to above mentioned legal obligations, my pro per status, lack of access to law libraries, my residence in NZ, where I was forced to move by the defendants' actions, and where I can only rely on google to research and to access the law, and the caselaws.

I request 60 day extension of time to file all opposition documents. If the Rules prohibit the Court from providing 60 day extension, I request a 30 day extension, reserving the right to seek further extensions if all the Oppositions are not completed by then.

DCSS has currently filed their Motion to Dismiss, which is scheduled for mid October. I request that hearing be moved and the matter be heard with all others.

I may need additional time.

I also request at least 60 day continuation of the hearing dates set for hearing these Notices To Dismiss. The Motions to Dismiss are currently scheduled to be heard on 10/2/2018.

Extension and continuation is not sought to delay the proceedings. I am diligently working to complete these documents to the best of my ability. Great, irreparable harm will result if my request is denied. I am the victim in this circumstances, having been victimized by willful actions of each of these defendants. In the furtherance of justice, and to prevent miscarriage of justice, I request that my request for extension of time, and continuation of hearing and status conference dates be granted.

                        Respectfully

Dated : 9/16/2018                         Madhu Sameer, Plaintiff, Pro Per