**EDDINGS ATTORNEY SERVICE**

1099 East Champlain Dr., Suite A-102, Fresno, CA 93720
(559) 222-2274 FAX (559) 222-2348

TAX ID: 26-3453658

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| SAMEER | August 09, 2018 | E229316-01 |



## PROCESS INVOICE

**Bill To:** Madhu Sameer
Madhu Sameer
8 Oakdale St, Avonhead
CHristchurch 8042 New Zealand,

File No:

| Case No: | 1:17-CV-01748-DAD-EPG | Servee: | United States Attorney General |
|---|---|---|---|
| Court: | UNITED STATES DISTRICT COURT - | Documents: | |
| Plaintiff: | Madhu Sameer | SEE ATTACHED LIST OF DOCUMENTS | |
| Defendant: | Sameer Khera; et al | | |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Mailing | 1.00 | .00 | 15.00 |
| Page Count: 66 - 20 = 46 x .15 = $6.90 | 1.00 | .00 | 6.90 |
| Postage | 1.00 | .00 | 2.26 |
| **SUMMARY** | | | |
| Servee: United States Attorney General | | | |
| Address: 950 Pennsylvania Avenue, NW, # Washington, DC 20530 | | | |
| Completed on 8/8/2018 | | | |
| | | **TOTAL DUE** | **$ 24.16** |

Thank you for choosing Eddings Attorney Support Services, Inc.!
For billing inquiries, please contact our Accounting Department at (559) 222-2274.

**Remit To:**
Eddings Attorney Support Services, Inc.
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| SAMEER | August 09, 2018 | E229316-01 |

**TOTAL DUE:** $ 24.16  *Paid*

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO
   Eddings Attorney Support Services, Inc.

Order#: E229316/INVOICEP

**Eddings Attorney Support Services, Inc.**
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
Phone: (559) 222-2274 Fax: (559) 222-2348
www.Eddings-Online.com

## Document Attach List

**CLIENT:** Madhu Sameer

**CLIENT FILE #:**

**DATE:** August 09, 2018

**SUBJECT:** United States Attorney General

Summons in a Civil Case (Becker; et al); Summons in a Civil Case (Coetzee; et al); Summons in a Civil Case (Department of Child Support Services; et al); Summons in a Civil Case (Kapetan; et al); Summons in a Civil Case (Kapetan - Schuster; et al); Summons in a Civil Case (Gilbert; et al); Summons in a Civil Case (Devani; et al); Second Amended Complaint; Letter to the Attorney General of the United States;

Order#: E229316/DocAtt2010

| | POS-030 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>**Madhu Sameer**<br>**8 Oakdale St, Avonhead  CHristchurch 8042 New Zealand,**<br>TELEPHONE NO.:   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **In Pro Per: Madhu Sameer** | FOR COURT USE ONLY |

**UNITED STATES DISTRICT COURT - EASTERN DISTRICT**
STREET ADDRESS: **2500 TULARE STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **FRESNO, CA 93721**
BRANCH NAME: **DISTRICT COURT**

| PLAINTIFF/PETITIONER: **Madhu Sameer** | CASE NUMBER: **1:17-CV-01748-DAD-EPG** |
|---|---|
| DEFENDANT/RESPONDENT: **Sameer Khera; et al** | HEARING DATE:<br>HEARING TIME: |
| **PROOF OF PERSONAL SERVICE BY FIRST CLASS MAIL--CIVIL** | DEPARTMENT: |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is
   **Eddings Attorney Support Services, Inc.**
   **1099 East Champlain Dr., Suite A-102 Fresno, CA 93720**

3. On (date): **8/8/2018**           I mailed from (city and state): **FRESNO**
   the following documents (specify):
   **SEE ATTACHMENT POS-030(D)**

   [X] The documents are listed in the *Attachment to Proof of Service by First-Class Mail---Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):
   a. [ ] **depositing** the sealed envelope in the United States Postal Service with the postage fully prepaid.
   b. [X] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. **Name** of person served: **United States Attorney General**
   b. **Address** of person served: **950 Pennsylvania Avenue, NW Washington, DC 20530**
   [ ] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail--CIvil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **8/9/2018**

County: **Fresno** Registration: **S201810000006**
**Eddings Attorney Support Services, Inc.**
**1099 East Champlain Dr., Suite A-102**
**Fresno, CA 93720**
**(559) 222-2274**
**www.Eddings-Online.com**

DAVID BARNHART
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Optional for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE BY FIRST-CLASS MAIL---CIVIL**

Code of Civil Procedure, § 1013, 1013a
www.courtinfo.ca.gov
E229316

| | POS-030(D) |
|---|---|
| PETITIONER: Madhu Sameer | CASE NUMBER: |
| RESPONDENT: Sameer Khera; et al | 1:17-CV-01748-DAD-EPG |

## ATTACHMENT TO PROOF OF PERSONAL SERVICE BY FIRST CLASS MAIL--CIVIL
(This attachment is for use with form POS-030)

The documents that were served are as follows *(describe each document specifically)*:

Summons in a Civil Case (Becker; et al); Summons in a Civil Case (Coetzee; et al); Summons in a Civil Case (Department of Child Support Services; et al); Summons in a Civil Case (Kapetan; et al); Summons in a Civil Case (Kapetan - Schuster; et al); Summons in a Civil Case (Gilbert; et al); Summons in a Civil Case (Devani; et al); Second Amended Complaint; Letter to the Attorney General of the United States

Form Approved for Optional Use
Judicial Council of California
POS-020(D) [New January 1, 2005]

ATTACHMENT TO PROOF OF PERSONAL SERVICE BY FIRST CLASS MAIL--CIVIL
(Documents Served)

Page 1 of 1
POS-030(D)/E229316