1  McGREGOR W. SCOTT
   United States Attorney
2  EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2821
   Facsimile:   (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MADHU SAMEER, | CASE NO.  1:17-CV-01748-DAD-EPG |
|---|---|
| Plaintiff, | **UNITED STATES' RESPONSE** |
| v. | Date:          N/A |
| SAMEER KHERA, ET AL., | Time:         N/A |
|  | Courtroom: N/A |
| Defendants. | Judge:        Honorable Dale A. Drozd |

The U.S. Attorney's Office is in receipt of the Second Amended Complaint in the above-captioned case.  The United States has not been properly served with the Second Amended Complaint pursuant to Fed. R. Civ. P. 4.  The undersigned counsel is making a special appearance solely for the purpose of informing the Court that, although it appears that plaintiff has attempted or is attempting to serve the United States, neither the United States nor a federal agency is a named defendant in the operative complaint (the Second Amended Complaint).  Although the Honorable Edward Davila is named as a defendant and is now a federal district judge on the United States District Court for the Northern District of California, the events giving rise to the operative complaint occurred while Judge Davila was a state court judge on the California Superior Court for Santa Clara County.  *See* Docket No. 94-1 at n.1 ("Plaintiff's allegations related to Judge Davila

1

stem from his tenure as a judge for the Superior Court of California for the County of Santa Clara."). A motion to dismiss has been filed on Judge Davila's behalf by a private law firm. *See id*. It does not appear that the United States has any connection to this case and therefore will not be participating in this action.

By specially appearing, the United States does not waive the service of process requirements of the Federal Rules of Civil Procedure, or any other defenses available to defendant(s) in this action. *See* Fed. R. Civ. P. 4(i); *see also Wortman v. All Nippon Airways*, 854 F.3d 606, 617 (9th Cir. 2017) ("Pursuant to 28 U.S.C. § 517, the United States may submit a statement in a case expressing its views on relevant issues in which it has an interest.").

Respectfully submitted,

Dated:  September 24, 2018

McGREGOR W. SCOTT
United States Attorney

By:  */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney