UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHU SAMEER,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMEER KHERA, et al.,<br><br>    Defendants. | No. 1:17-cv-01748-DAD-EPG<br><br>ORDER STRIKING AND SEALING PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>(Doc. No. 153) |

    On September 22, 2018, plaintiff Madhu Sameer, proceeding *pro se*, filed a second amended complaint. (Doc. No. 153.) This filing appears identical to the second amended complaint already on the court's docket (Doc. No. 72), except that in the most recent filing plaintiff has attempted to redact certain information.

    By minute order dated August 3, 2018, the court directed the Clerk of the Court to seal all of plaintiff's filings, including the second amended complaint, and revoked permission for plaintiff to file documents electronically. (Doc. No. 113.) In a subsequent order, the court explained that these actions were not intended to be punitive, but were instead taken because several of plaintiff's filings had included private and sensitive information regarding some of the defendants. (Doc. No. 124.) Plaintiff's filings were therefore not in compliance with Federal Rule of Civil Procedure 5.2(a) and Local Rule 140. Subsequently, the assigned magistrate judge

1

issued an order directing plaintiff to resubmit redacted versions of documents, and to redact home addresses, the dates of birth of any individual, and any other information required to be redacted or omitted under Rule 5.2(a), Local Rule 140, or this court's prior order. (Doc. No. 125.)

The second amended complaint filed by plaintiff on September 22, 2018, however, suffers from the same deficiencies as the prior filing. Although black bars have been placed over the full addresses of some of the defendants, the addresses can still be readily gleaned from the document by copying and pasting the text underneath. In addition, the full birthdates of plaintiff's children are visible in plaintiff's newly-filed second amended complaint, and plaintiff has not even attempted to redact this information. All of this violates Federal Rule of Civil Procedure 5.2(a)(2), Local Rule 140(a)(iv), and the explicit instructions of the assigned magistrate judge that such information be redacted.

Plaintiff was warned in the court's prior order that any further filings not in compliance with Rule 5.2 or Local Rule 140 would result in immediate and permanent revocation of plaintiff's ability to file electronically. (Doc. No. 124 at 2.) Plaintiff was also warned that failure to follow these instructions might result in the imposition of additional sanctions. (*Id.*) The court does not find that imposition of additional sanctions is now warranted since plaintiff has at least made some effort to protect confidential information from disclosure. Nonetheless, the court is now persuaded that plaintiff cannot be entrusted to shield this private information from disclosure through court filings.

Accordingly,

1. The Clerk of the Court is directed to strike and seal plaintiff's second amended complaint (Doc. No. 153);
2. Plaintiff's permission to file documents electronically is hereby revoked; and
3. This matter remains on calendar before the undersigned for a hearing on the pending motions to dismiss and motion to stay, currently set for November 6, 2018.

IT IS SO ORDERED.

Dated: **September 24, 2018**

UNITED STATES DISTRICT JUDGE

2