| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| Madhu Sameer<br>8 Oakdale St, Avonhead<br>CHristchurch 8042 New Zealand,<br>TELEPHONE No.: | E-MAIL ADDRESS (Optional):<br>FAX No. (Optional): | | FILED<br>SEP 25 2018<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |
| Attorney for: In Pro Per Madhu Sameer | Ref No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - EASTERN DISTRICT - DISTRICT COURT | | | |
| Plaintiff: Madhu Sameer | | | |
| Defendant: Sameer Khera; et al | | | |

| PROOF OF SERVICE<br>BY CERTIFIED MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:17-CV-01748-DAD-EPG |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Case (Becker; et al); Summons in a Civil Case (Coetzee; et al); Summons in a Civil Case (Blank); Summons in a Civil Case (Department of Child Support Services; et al); Summons in a Civil Case (Kapetan; et al) x2; Summons in a Civil Case (Gilbert; et al); Summons in a Civil Case (Devani; et al); Summons in a Civil Case (County of Fresno); Second Amended Complaint;

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at FRESNO, California, addressed as follows:
   a. Date of Mailing:      September 21, 2018
   b. Place of Mailing:     Fresno, CA 93720
   c. Addressed as follows: United States Attorney's Office Civil Process Clerk
                            2500 Tulare Street, Suite 4401
                            Fresno, CA 93721

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at FRESNO, California in the ordinary course of business.

Fee for Service: $ 31.41
County: FRESNO
Registration: S-238
Eddings Attorney Support Services, Inc.
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 21, 2018.

Signature: _____
JOSEPH CASSINERIO, II

**PROOF OF SERVICE BY CERTIFIED MAIL**

Order#: E235238/mailproof

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)       $ 2.75
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here
SEP 21 2018

Postage
$ 3.31

Total Postage and Fees
$ 9.51

UNITED STATES ATTORNEY'S
OFFICE CIVIL PROCESS CLERK
2500 TULARE STREET, SUITE 4401
FRESNO CA 93721

7018 0040 0000 1756 6467

Eddings Attorney Support Svc
1099 E Champlain Dr SteA-102
Fresno, CA 93720