| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Madhu Sameer<br>37 Rarcre Terrace<br>Keri Keri, New Zealand,  0230<br>*Telephone No:* +6433587097 | *For Court Use Only*<br>FILED<br>NOV 0 9 2018<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
Santa Clara County Superior Court - Family Division

*Plaintiff:*
*Defendant:*

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:17-CV-01748-DAD-EPG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Letter To Ceo, Santa Clara County Superior Court, Dated 11/1/18; Claim For Judicial Misconduct And Misconduct Of Minor's Counsel; Copy Of Proof Of Service

3. a. Party served:                           CEO Santa Clara County Superior Court

4. Address where the party was served:       191 N. First St.
                                              San Jose, CA  95113

5. I served the party:
   d. **by other means** On: Mon., Nov. 05, 2018 at: 1:00PM by Certified Mail:
      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Nov. 05, 2018 from: San Jose, CA

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Valistha  Bhundhumani                         d. **The Fee** *for Service was:*    $22.12
   b. **Bender's Legal Service, Inc.**              e. I am: (3) registered California process server
      1625 The Alameda                                    *(i)*   Independent Contractor
      Suite 511                                           *(ii)*  *Registration No.:*     PS1651
      San Jose, CA  95126                                 *(iii)* *County:*               Santa Clara
   c. 408 286-4182, FAX 408 298-4484

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com
SAN JOSE, CA 95113
Certified Mail Fee     $3.45                    0012
                       $2.75                     04
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)    $ $0.00
  ☐ Return Receipt (electronic)  $ $0.00      Postmark
  ☐ Certified Mail Restricted Delivery $ $0.00   Here
  ☐ Adult Signature Required     $ $0.00
  ☐ Adult Signature Restricted Delivery $
Postage                $0.92
                                              11/05/2018
Total Postage and Fees
                       $7.12
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4
PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions
7016 0750 0000 3396 4529
```

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   *Date:* **Mon, Nov. 05, 2018**

                                                              *Valistha* _____
                                                              (Valistha Bhundhumani)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE** | *sameerma.252990* |
|---|---|---|