UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHU SAMEER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMEER KHERA, et al.,<br><br>　　　　Defendants. | No. 1:17-cv-01748-DAD-EPG<br><br><br>ORDER |

On December 5, 2018, the undersigned dismissed this action with prejudice after finding that the court lacked subject matter jurisdiction over this action. (Doc. No. 227.) However, a review of the docket indicates that since that time, plaintiff has filed numerous motions for sanctions against defendants. The court has reviewed these motions, as well as the points and authorities and requests for judicial notice filed in support thereof (Doc. Nos. 229–249) and finds that no award of sanctions against defendants is warranted. Accordingly, those motions are denied.

In addition, the undersigned reiterates that this case has been dismissed with prejudice after a finding was made that the action was frivolous. Under appropriate circumstances, parties who persist in litigating frivolous claims can be declared vexatious litigants. *See De Long v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990). Although the court declines to make a finding of vexatiousness at this time, plaintiff is cautioned that further filings may result in the court's

1

imposition of sanctions against her, up to and including issuance of a pre-filing injunction order. *See Ringgold-Lockhart v. County of Los Angeles*, 761 F.3d 1057, 1064 (9th Cir. 2014).

IT IS SO ORDERED.

Dated: __**December 17, 2018**__        _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE