JODY L. WINTER #249592
JENNIFER J. PANICKER #258656
SEAN A. FREDIN #315513
LLOYDWINTER, P.C.
1724 Broadway Street, Suite 6
Fresno, CA  93721
Telephone:  (559) 233-3636
Facsimile:  (559) 385-2000
jwinter@lloydwinterlaw.com

Attorneys for defendants Sameer Khera and
Divine Arts & Entertainment

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHU SAMEER, an individual on her behalf, and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMEER KHERA, et al.,<br><br>Defendants. | CASE NO. 1:17-cv-01748-DAD<br><br>NOTICE OF NON-REPRESENTATION |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Please take notice that as of January 8, 2019, this office no longer represents defendants Sameer Khera ("Khera") and Divine Arts & Entertainment ("Divine") in the above-reference case.

THEREFORE, all communications, pleadings, notices, and orders should be served directly upon Khera and Divine at:

- 21947 Oakleaf Court
  Cupertino, CA  85914
  skhera_1999@yahoo.com

Please update your records accordingly.

/ / /

/ / /

-1-

Dated: February 18, 2019

LLOYDWINTER, a
Professional Corporation

By: _____
Jennifer J. Panicker, prior
attorney for defendants Sameer Khera
and Divine Arts & Entertainment

-2-

NOTICE OF NON-REPRESENTATION